**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00376-CV

**COURTNEY ALSOBROOK, Appellant**

**V.**

**GMAC MORTGAGE, LLC, AND POWER DEFAULT SERVICES, INC., Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-14-1147**

## ORDER

The clerk's record in this appeal from a summary judgment was filed on May 24, 2017

and the court reporter has informed the Court that appellant has not requested a reporter's record.

Accordingly, appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE